## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**PATRICIA ANDERSON BATTLE,**

      **Plaintiff,**

v.                                                                                    Case No:  6:14-cv-1186-Orl-18KRS

**WAYNE IVEY, BRIAN STOLL, BEN ERSKINE and CITY OF COCOA,**

      **Defendants.**

## ORDER

This case is before the Court on Defendants City of Cocoa and Ben Erskine's Motion for Summary Judgment (Doc. No. 44), filed on March 1, 2016.  Plaintiff will be allowed until April 1, 2016, to file responsive memoranda and any materials in opposition to the motion, including affidavits and other documents within the purview of Federal Rules of Civil Procedure 56.  Failure to oppose any motion for summary judgment may result in the entry of a judgment for the movant without further proceedings.  *Milburn v. United States,* 734 F.2d 762, 765 (11th Cir. 1984); See *Griffith v. Wainwright,* 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed.R.Civ.P. 56(e).  Defendants may file a reply brief, not exceeding ten (10) pages, within fourteen (14) days after the response is served.  A hearing will **not** be held on Motion for Summary Judgment.

**DONE AND ORDERED** at Orlando, Florida, this ____2____ day of March, 2016.

                                                                                                            s/ G. Kendall Sharp

                                                                        G. KENDALL SHARP
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record